IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERROL WOODBERRY, | ) | |
| ID # 1284054, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:08-CV-1901-P |
| | ) | ECF |
| NATHANIEL QUARTERMAN, | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the Court formally dismisses this action. Petitioner may not re-file this action without showing that he has paid the previously imposed monetary sanction or making a satisfactory showing that he is in imminent danger of serious physical injury. Consistent with the prior sanction order entered against petitioner in *Woodberry v. Tarrant County Commissioners Court*, No. 4:01-CV-659-Y, slip op. (N.D. Tex. Aug. 15, 2001), the Clerk of Court shall **NOT** accept any filings from petitioner unless he is under imminent danger of serious physical injury or shows that he has paid the full monetary sanction imposed therein. **In the event that the Court receives any proposed filing from petitioner which violates the prior sanction order, the Court hereby DIRECTS the Clerk of Court to docket the proposed filing for administrative purposes only and**

immediately close the case after placing a copy of this order in the case file. The Court will not otherwise address or acknowledge submissions that violate the prior sanction order.

SIGNED this 17th day of November, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE